INHABITANTS OF ATKINSON *versus* INHABITANTS OF MEDFORD.

A party contesting the legality of a marriage, because of the alleged insanity of the husband at the time, has no cause for exception to the instruction of the presiding Judge to the jury, that the same degree of mind sufficient to enable him to enter into a valid contract, or to make a valid deed or will, would be sufficient to enable him to contract matrimony.

EXCEPTIONS from the ruling of CUTTING, J.

THIS was an action of ASSUMPSIT for supplies furnished to *Adeline Tewksbury,* whose legal settlement is alleged to be in the defendant town. If the said Adeline was the lawful wife of *Lorenzo D. Tewksbury,* the defendants admitted their liability. They contended that, at the time of the marriage, the said Lorenzo was insane, and incapable of making a binding contract of marriage.

The presiding Judge instructed the jury, that the same degree of mind sufficient to enable him to enter into a valid contract, or make a valid deed or will, would be sufficient to enable him to contract matrimony. To this instruction the defendants excepted, the verdict being for the plaintiffs.

*Everett,* in support of the exception.

*Robinson, contra.*

THE COURT *held,* that the instruction excepted to was sufficiently favorable for the defendants, and directed an entry of—                                    *Exceptions overruled.*